IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LARRY WALLING,

    Defendant.

Case No. 3:10cr209

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH REIMPOSED PERIOD OF SUPERVISED RELEASE UPON STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED TO DEFENDANT AND HE INDICATED AN UNDERSTANDING OF SAME; NEITHER THE GOVERNMENT NOR THE DEFENDANT INDICATED ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On December 1, 2017, the Defendant appeared in open Court and admitted to allegations 2–4 of an Amended Petition directing him to show cause why his supervised release, a status that began March 2, 2017, should not be revoked (allegation number 1 was withdrawn). The Court accepted the Defendant's admissions and found Defendant to be in violation of his supervised release which began on the aforesaid March 2, 2017.

Pursuant to the record made, in open Court, on the aforesaid December 1, 2017, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 12 months, with a re-imposed period of supervised release of 2 years to be served upon the expiration of said sentence.

As conditions of supervised release, Defendant is to discharge all currently undischarged conditions of his initial period of supervised release, to involve himself in a treatment program

with emphasis on alcohol, marijuana and cocaine usage and to complete said program. Should said Defendant be disruptive in the substance abuse treatment program, same will be considered a violation of his supervised release. He is to attend verified AA meetings on a frequent basis, and to seek and maintain employment. Finally, he is to be screened for Reentry Court.

Insofar as recommendations to the Bureau of Prisons are concerned, this Court recommends that Defendant be given credit for all allowable pre-sentence jail time served from November 1, 2017, that Defendant be incarcerated as close to his home in the Dayton, Ohio, area as possible consistent with his security status and that he be enrolled in any and all drug treatment programs and given the opportunity to attend AA sessions.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

Neither counsel for the Government nor the Defendant had any procedural or substantive objections to this Court's sentence.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

*[signature]*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, U.S. Probation Officer
U.S. Marshals